**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**TYRONE L. TURNER, JR.**                                                                                   **PLAINTIFF**
**ADC #172055**

**V.**                                    **Case No. 5:19-cv-00153-LPR**

**STRINGFELLOW,**
**Dentist, Wellpath Medical**                                                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on May 21, 2020, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ADJUDGED this 21st day of May 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE